UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES REED, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:03CV1270 HEA |
| | ) |
| DONNA McCONDICHIE, | ) |
| | ) |
| Respondent, | ) |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Petition of James Reed for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, [Doc. No. 19], is denied.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Petitioner has not made a substantial showing of the denial of a constitutional right and the Court will not issue a Certificate of Appealability.

Dated this 13th day of February, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE